FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y

★ JUN 19 2012 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOSEPH A. FERRARA, SR., FRANK H. FINKEL,
MARC HERBST, DENISE RICHARDSON, THOMAS
F. CORBETT, ANTHONY D'AQUILA, THOMAS
GESUALDI, LOUIS BISIGNANO, DOMINICK
MARROCCO, and ANTHONY PIROZZI, as Trustees
and Fiduciaries of the Local 282 Welfare Trust Fund,
the Local 282 Annuity Trust Fund, the Local 282 Job
Training Trust Fund, and the Local 282 Vacation and
Sick Leave Trust Fund,

**JUDGMENT**
CV-11-1157 (ADS)(AKT)

Plaintiffs,

- against -

ALL AMERICAN TRUCKING SERVICES, INC.,
d/b/a ALL AMERICAN TRUCKING INC.,

Defendant.
----------------------------------------------------------------X

An Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on June 16, 2012, directing the Clerk of Court to enter judgment for the plaintiffs in the total amount of $181,145.97, plus additional interest from April 8, 2011 through the date of judgment calculated at a rate of $41.43 per day, plus additional interest as liquidated damages from April 8, 2011 through the date of judgment calculated at a rate of $41.43 per day, plus post-judgment interest calculated at the rate set forth in 28 U.S.C. § 1961(a), and further directing the Clerk of Court to close this case, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiffs and against defendant in the total amount of $181,145.97, plus additional interest in the amount of $18,187.77, plus additional interest as liquidated damages in the amount of $18,187.77, plus post-judgment interest calculated at the rate set forth in 28 U.S.C. § 1961(a); and that this case is hereby closed.

Dated: Central Islip, New York
June 19, 2012

                                              DOUGLAS C. PALMER
                                              CLERK OF THE COURT

                          By:    /s/ Catherine Vukovich
                                 Deputy Clerk